**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:    Kelly Clark, Alan Swindoll, Courtney Swindoll and ALS Associates, Inc. v. Hastings Equity Partners, LLC, Axios Industrial Group, LLP and A & L Ultimate Holdings, LLC

Appellate case number:    01-20-00749-CV

Trial court case number:    2020-57652

Trial court:               164th District Court of Harris County, Texas

      Appellants, Kelly Clark, Alan Swindoll, Courtney Swindoll, and ALS Associates, Inc., have filed a Motion to Increase Temporary Injunction Bond. The motion is **denied**.


      It is so ORDERED.


Judge's signature: _____/s/ Russell Lloyd_____
                                Acting individually


Date: <u>December 22, 2020</u>